UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**Petition to Rescind or Dismiss Warrant or Summons
for Person Under Supervision**

Name of Person Under Supervision:  Jamie Argyle                    Case Number: 2:12CR00113-9

Name of Sentencing Judicial Officer:   The Honorable Terrence F. McVerry
                                       Senior United States District Judge

Name of Assigned Judicial Officer:     The Honorable William S. Stickman
                                       United States District Judge

Date of Original Sentence: April 17, 2014

Original Offense: Conspiracy to Distribute and Possess With Intent to Distribute 1 Kilogram or More of Heroin

Original Sentence: 120 months imprisonment and 5 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: February 8, 2021
                                                       Expiration Date: February 7, 2026

**RECOMMENDATION:**

The Probation Office is respectfully requesting that the petition for warrant issued on May 29, 2024, and the supplemental petitions filed on May 7, 2025, and November 25, 2025, be withdrawn without prejudice. The undersigned contacted Assistant United States Attorney Barbara Doolittle and she had no objections to withdrawing the petition.

During supervision, Argyle did struggle with alcohol use and continued committing crimes that stemmed from his alcohol use. Since the status hearing held on June 11, 2025, Argyle has maintained compliance for the most part. He continues to be fully employed, taking care of his daughter and newborn daughter, successfully completed treatment in November of 2025, and continues to stay in contact with Probation Officer.

There was an incident that occurred on November 12, 2025, that involved law enforcement. The undersigned was informed that he had allegedly harassed a student on Pitt Campus. To date, no charges have been filed regarding the incident.

Therefore, the undersigned respectfully requests that the petitions be withdrawn without prejudice and Argyle's term of supervision can expire on February 7, 2026.

Jamie Argyle
2:12CR00113-9

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *Digitally signed by Hannah Wapiennik*<br>Date: 2026.01.15 12:13:35 -05'00'<br>**Hannah Wapiennik**<br>U.S. Probation Officer | by | Patrick Sumansky<br>2026.01.15 12:06:11 -05'00'<br>**Patrick Sumansky**<br>Supervisory U.S. Probation Officer |

---

**THE COURT ORDERS**

☐   Petition for warrant issued on May 29, 2024, and the supplemental petitions filed on May 7, 2025, and November 25, 2025, be dismissed without prejudice

☐   Other

_____
Signature of Judicial Officer

_____
Date